**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:05MC202-C**

| | | |
|---|---|---|
| **IN RE: SUBPOENA ISSUED TO LOWE'S HOME CENTERS, INC.,** | ) ) ) | |
| **– in –** | ) ) | |
| **MEREDITH & SONS LUMBER CO., INC., and COASTAL PRODUCTS PLUS, LLC,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **ORDER** |
| **v.** | ) ) | |
| **WEYERHAEUSER COMPANY,** | ) ) | |
| **Defendant,** | ) ) | |
| **Pending in the United States District Court for the Northern District of Florida, Civil Action No. 3:04CV283RV/M** | ) ) ) ) | |

     **THIS MATTER** is before the Court on a "Motion ... for Admission Pro Hac Vice" (document #3) filed August 17, 2005.   For the reasons set forth therein, the motion will be **GRANTED** and Robert O. Beasley shall be admitted pro hac vice**.**

     Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: May 25, 2006

Carl Horn, III
United States Magistrate Judge